STATE OF LOUISIANA

VERSUS

JULIUS HANKTON

NO. 20-KA-388

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

Panel composed of Judges Fredericka Homberg Wicker,
Stephen J. Windhorst, and John J. Molaison, Jr.

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Nancy F. Vega
Nancy F. Vega
Chief Deputy, Clerk of Court

## ORDER

Considering that a document was mistakenly issued as an opinion in this case on June 9, 2021, and is of no effect and must be withdrawn:

**IT IS ORDERED** that the opinion rendered in this case on June 9, 2021 is hereby RECALLED.  The correct, superseding opinion will follow.

Gretna, Louisiana, this 3rd day of July, 2021.

**SJW**
**FHW**
**JJM**